3

United States District Court
Southern District of Texas
FILED

AUG 2 3 2001

Michael N. Milby
Clerk of Court

201001 SPV/lp

**IN THE UNITED STATED DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| HANSEN-MUELLER COMPANY<br>Plaintiff | § | |
| -against- | § | |
| M/V SEA TRADER<br>her engines, tackle, etc. | § | C.A. No. B-01-137<br>(In Admiralty) |
| -and against- | § | |
| SARNIA CORP. LTD. and<br>CHORUS MARITIME INC.<br>Defendants | § | |

**CERTIFICATE OF INTERESTED PERSONS**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Hansen-Mueller Company, the Plaintiff herein, and files this its Certificate of Interested Persons, setting forth those persons and/or entities having a financial interest in the outcome of this litigation.

1. Hansen-Mueller Company;
2. CNA - Marine Division;
3. CNA Financial Services, Inc.;
4. Sarnia Corp. Ltd.;
5. Chorus Maritime Inc.;
6. The West of England Ship Owners' Mutual Insurance Association (Luxembourg).

ClibPDF - www.fastio.com

Respectfully submitted,

STEVEN P. VANGEL
Texas Bar No. 20465800
SDTX I.D. No. 4065
712 Main Street, Suite 1515
Houston, Texas 77002
Telephone: (713) 222-1515
Facsimile: (713) 222-1359

ATTORNEY IN CHARGE FOR PLAINTIFF
HANSEN-MUELLER COMPANY

OF COUNSEL:

HILL RIVKINS & HAYDEN LLP

## CERTIFICATE OF SERVICE

On this the 21st day of August, 2001, true and correct copies of the foregoing were duly served by certified mail, return receipt requested, to:

Ewing E. Sikes, III
ROYSTON, RAYZOR, VICKERY & WILLIAMS, LLP
55 Cove Circle
Brownsville, Texas 78521



ClibPDF - www.fastio.com