

**COPY**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



United States District Court
Southern District of Texas
FILED

OCT 2 3 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| HANSEN-MUELLER COMPANY | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | C.A. NO. B-01-137 |
| | § | In Admiralty |
| M/V SEA TRADER, her engines, | § | Rule 9(h) |
| tackle, etc., *in rem*, and | § | |
| SARNIA CORP. LTD. and | § | |
| CHORUS MARITIME INC., *in* | § | |
| *personam*, | § | |
| | § | |
| Defendants. | § | |

### SARNIA CORP. LTD. AND CHORUS MARITIME INC.'S
### CERTIFICATE OF INTERESTED PARTIES

*In personam* Defendants, Sarnia Corp. Ltd. ("Sarnia") and Chorus Maritime Inc. ("Chorus"), by and through their attorneys of record, Georgantas & Walters, L.L.P., file this their Certificate of Interested Parties and would show that the following parties may be financially interested in the outcome of this litigation:

1. Hansen-Mueller Company;

2. CNA - Marine Division;

3. CNA Financial Services, Inc.;

4. Sarnia Corp. Ltd.;

5. Chorus Maritime Inc.; and

6. The West of England Ship Owners Mutual Insurance Association.

Respectfully submitted,

*[signature]*

Dimitri P. Georgantas
Attorney-in-Charge
Texas State Bar No. 07805100
Federal I.D. No. 2805
Seth A. Nichamoff
Texas State Bar No. 24027568
Federal I.D. No. 27002
Two Houston Center
909 Fannin Street, Suite 560
Houston, Texas 77010
(713) 655-8585 Telephone
(713) 655-1444 Facsimile

ATTORNEYS FOR *IN PERSONAM* DEFENDANTS, SARNIA CORP. LTD. AND CHORUS MARITIME INC.

OF COUNSEL:
GEORGANTAS & WALTERS L.L.P.

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing answer was forwarded via certified mail, return receipt requested, on the 2nd day of October, 2001, to:

Steven P. Vangel, Esq.
Hill Rivkins & Hayden
712 Main Street, Suite 1515
Houston, Texas 77002

*[signature]*

Seth A. Nichamoff