United States District Court
Southern District of Texas
FILED

OCT 2 9 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HANSEN-MUELLER COMPANY | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | C.A. NO. B-01-137 |
| | § | In Admiralty |
| M/V SEA TRADER, her engines, | § | Rule 9(h) |
| tackle, etc., *in rem*, and | § | |
| SARNIA CORP. LTD. and | § | |
| CHORUS MARITIME INC., *in* | § | |
| *personam*, | § | |
| | § | |
| Defendants. | § | |

**PLAINTIFF AND *IN PERSONAM* DEFENDANTS'**
**JOINT MOTION TO TRANSFER VENUE**

Plaintiff, Hansen-Mueller Company, and *in personam* Defendants, Sarnia Corp. Ltd. and Chorus Maritime Inc., by and through their respective attorneys of record, Hill Rivkins & Hayden LLP and Georgantas & Walters, L.L.P., file this their Joint Motion to Transfer Venue and, pursuant to 28 U.S.C. § 1404(b) would respectfully show as follows:

I.

This admiralty action for breach of contract and bailment concerns the ocean carriage of grain.

II.

Under 28 U.S.C. § 1404(b), at the Court's discretion and upon motion of all parties any civil action may be transferred from any pending division to any other division within the same district.

III.

Initially, Plaintiff filed this action in the United States District Court for the Southern District of Texas, Brownsville Division. However, since the filing of this action, the parties are now of the opinion that this action could be more conveniently litigated in Houston Division and jointly move the Court to transfer this action to the Houston Division.

III.

Furthermore, attorneys for Plaintiff and *in personam* Defendants are located in Houston with the majority of the material witnesses in this action are located outside of the Southern District of Texas, making venue immaterial for witnesses as travel in any event will be necessary and making Houston more convenient than Brownsville for the attorneys for hearings, conferences and trial.

IV.

This joint motion is not made for purposes of delay but is made so that justice may be done.

WHEREFORE, Plaintiff, Hansen-Mueller Company, and *in personam* Defendants, Sarnia Corp. Ltd. and Chorus Maritime Inc., jointly pray that this Honorable Court transfer this action to the United States District Court for the Southern District of Texas, Houston Division and grant such other further and different relief as this Honorable Court deems just and proper.

Respectfully submitted,

*Steven P. Vangel* *

Steven P. Vangel
Attorney-in-Charge
Texas State Bar No. 20465800
Federal I.D. No. 4065
712 Main Street, Suite 1515
Houston, Texas 77002
(713) 222-1515 Telephone
(713) 222-1319 Facsimile

ATTORNEY FOR PLAINTIFF, HANSEN-MUELLER COMPANY

OF COUNSEL:
HILL RIVKINS & HAYDEN LLP

- and -

*Dimitri P. Georgantas*

Dimitri P. Georgantas
Attorney-in-Charge
Texas State Bar No. 07805100
Federal I.D. No. 2805
Seth A. Nichamoff
Texas State Bar No. 24027568
Federal I.D. No. 27002
Two Houston Center
909 Fannin Street, Suite 560
Houston, Texas 77010
(713) 655-8585 Telephone
(713) 655-1444 Facsimile

ATTORNEYS FOR *IN PERSONAM* DEFENDANTS, SARNIA CORP. LTD. AND CHORUS MARITIME INC.

OF COUNSEL:
GEORGANTAS & WALTERS L.L.P.

* Signed with permission