IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas

NOV 0 2 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| HANSEN-MUELLER COMPANY § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. B-01-137 |
| § | In Admiralty |
| M/V SEA TRADER, her engines, § | Rule 9(h) |
| tackle, etc., *in rem* and SARNIA CORP. § | |
| and CHORUS MARITIME INC., Inc., § | |
| *in personam*, § | |
| § | |
| Defendants. § | |

## ORDER

BE IT REMEMBERED that on October 30, 2001, the Court, after considering the parties' Joint Motion to Transfer Venue [Dkt. No. 6], **GRANTED** the motion pursuant to 28 U.S.C. § 1404(b). It is therefore

**ORDERED** that this action is **TRANSFERRED** to the United States District Court for the Southern District of Texas, Houston Division.

DONE at Brownsville, Texas, this 30th day of October, 2001.

Hilda G. Tagle
United States District Judge