

# The State of Texas
## Secretary of State

United States Courts
Southern District of Texas
FILED
OCT 3 1 2001
Michael N. Milby, Clerk

2001-052645-2

CAB-01-137

I, the undersigned, as Assistant Secretary of State of Texas DO HEREBY CERTIFY that according to the records of this office, a copy of the Summons with Complaint in the cause styled:

>Hansen-Mueller Company against M/V Sea Trader, her engines tackle, etc and against Sarnia Corp Ltd, and Chorus Maritime Inc
>United States District Court for the Southern District of Texas, Houston Division
>B01137

was received by this office on August 23, 2001, and that a copy was forwarded on August 29, 2001, by REGISTERED MAIL, return receipt requested to:

>Sarnia Corp Ltd
>in care of South African Marine Corp Ltd (SAFMAN)
>E Berth Building
>Duncan Road
>Cape Town, 8001
>South Africa

As of this date, no response has been received in this office.

Date issued: October 29, 2001




Geoffrey S. Connor
Assistant Secretary of State

ST\lsv